UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY | : : : : : : : : : | CIVIL ACTION NO. 3:01CV02373 (AWT) |
|   Plaintiff, | | |
| VS. | | |
| NRG POWER MARKETING INC. | | |
|   Defendant. | | FEBRUARY 27, 2004 |

## MOTION TO WITHDRAW APPEARANCE

    Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the plaintiff, **THE CONNECTICUT LIGHT AND POWER COMPANY**.  Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent the plaintiff.  The undersigned hereby certifies that he has given the plaintiff notice of this motion by certified mail.

    By _____
        Donald J. Marchesseault (ct22305)
        Day, Berry & Howard LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        Tel.: (860) 275-0100
        Fax: (860) 275-0343
        Its Attorneys

-2-

## CERTIFICATION

      THIS IS TO CERTIFY that on February 27, 2004, a copy of the foregoing was sent via first-class mail, postage prepaid, to the following:

Elizabeth J. Stewart, Esq.  
Matthew J. Budzik, Esq.  
Murtha Cullina LLP  
CityPlace I – 185 Asylum Street  
Hartford, CT  06103-3469

                                                        _____  
                                                            Donald J. Marchesseault