UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  P 2: 01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:01CV02373 (AWT) |
| VS. | : |
| NRG POWER MARKETING INC.<br>Defendant. | :<br>: FEBRUARY 27, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the plaintiff, **THE CONNECTICUT LIGHT AND POWER COMPANY**. Other counsel from Day, Berry & Howard LLP have appeared and will continue to represent the plaintiff. The undersigned hereby certifies that he has given the plaintiff notice of this motion by certified mail.

FILED 2004 MAR -4 P 2: 31 U.S. DISTRICT COURT HARTFORD, CT.

01CV2373 eND 44

By _____
Donald J. Marchesseault (ct22305)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel.: (860) 275-0100
Fax: (860) 275-0343
Its Attorneys

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT    03/4/04