UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 28 P 2: 53

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| THE CONNECTICUT LIGHT & POWER COMPANY, | CIVIL ACTION NO. |
| Plaintiff, | 3:01: CV2373 (AWT) |
| VS. | |
| NRG POWER MARKETING, INC. | |
| Defendant. | _May 28_, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 2(d), the Defendant NRG Power Marketing, Inc. moves that David M. Adams of the law firm of Leonard, Street and Deinard located at 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota, 55402, be permitted to represent the Defendant in this matter before this Court. This motion is supported by the accompanying affidavit from Mr. Adams, which states that:

1.  Mr. Adams is a member of the Minnesota Bar and Nebraska Bar and has been admitted to practice before the United States District Court for the Districts of Minnesota and Nebraska. Mr. Adams has previously been admitted to practice pro hac vice before the United States District Court for the Western District of Tennessee.

2.  Upon reasonable inquiry, neither Mr. Adams nor any member of the firm of Leonard, Street and Deinard have been denied admission or disciplined in accordance with Local Rule 3 of the United States District Court for the District of Connecticut; nor have they been denied admission or disciplined by any other court.

2489039v1

1

3. Granting this motion should not require modification of any scheduling order or deadlines in this matter.

                                                     DEFENDANT - NRG POWER MARKETING, INC.

Dated: May 28, 2004           By  *Matthew Budzik*
                                                  Elizabeth Stewart (ct01316)
                                                  estewart@murthalaw.com
                                                  Matthew J. Budzik (ct19706)
                                                  mbudzik@murthalaw.com
                                                  Murtha Cullina LLP
                                                  CityPlace I
                                                  Hartford, CT  06103-3499
                                                  Telephone No. (860) 240-6000
                                                  Fax No. (860) 240-6150

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT & POWER COMPANY,<br><br>Plaintiff,<br><br>VS.<br><br>NRG POWER MARKETING, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:01: CV2373 (AWT)<br><br><br><br>May 27, 2004 |

### AFFIDAVIT OF DAVID M. ADAMS

I, DAVID M. ADAMS, being duly sworn, depose and say:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I am counsel to the defendant, NRG Power Marketing, Inc.

3. I am an associate of the law firm Leonard, Street and Deinard and a member in good standing of the Bar of Minnesota and Bar of Nebraska, and have been admitted to practice before the United States District Court for the Districts of Minnesota and Nebraska. In addition, I have been previously admitted to practice pro hac vice before the United States District Court for the Western District of Tennessee.

4. I am a resident of the Minneapolis office of the law firm of Leonard, Street and Deinard at 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota.

5. Neither I nor, to my knowledge, any other member of Leonard, Street and Deinard has been denied admission or disciplined in accordance with D. Conn L. Civ. R. 3, or has been denied admission or disciplined by any other court.

_____
David M. Adams

Subscribed and sworn to before me this 27th day of May, 2004.

_____
Notary Public

2489025v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice was mailed first-class, postage prepaid, on this 28th day of May, 2004 to:

John B. Nolan, Esq.
Donald J. Marchesseault, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

_____
Matthew J. Budzik