01CV2373mphv

4b    Pd $25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 JUN -2 P 12:18
U.S. DISTRICT COURT
HARTFORD, CT.

FILED 2004 MAY 28 P 2:5
U.S. DISTRICT COURT
HARTFORD, CT.

---

THE CONNECTICUT LIGHT & POWER COMPANY,

    Plaintiff,

VS.

NRG POWER MARKETING, INC.

    Defendant.

: CIVIL ACTION NO.
:
: 3:01: CV2373 (AWT)
:
: cam
:
: May 28, 2004

---

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to D. Conn. L. Civ. R. 2(d), the Defendant NRG Power Marketing, Inc. moves that David M. Adams of the law firm of Leonard, Street and Deinard located at 150 South Fifth Street, Suite 2300, Minneapolis, Minnesota, 55402, be permitted to represent the Defendant in this matter before this Court. This motion is supported by the accompanying affidavit from Mr. Adams, which states that:

1.    Mr. Adams is a member of the Minnesota Bar and Nebraska Bar and has been admitted to practice before the United States District Court for the Districts of Minnesota and Nebraska. Mr. Adams has previously been admitted to practice pro hac vice before the United States District Court for the Western District of Tennessee.

2.    Upon reasonable inquiry, neither Mr. Adams nor any member of the firm of Leonard, Street and Deinard have been denied admission or disciplined in accordance with Local Rule 3 of the United States District Court for the District of Connecticut; nor have they been denied admission or disciplined by any other court.

[Margin annotation, left side:] DENIED, without prejudice. Attorney Adams failed to include in his affidavit his telephone number, fax number, e-mail address and a statement that he has fully reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut as required by the local rules. See D. Conn. L. Civ. R. 83.1(d). It is so ordered.

/s/ Alvin W. Thompson, U.S.D.J.
Hartford, CT 06/7/04

[Stamp:] FILED 2004 JUN -7 P 2:03 U.S. DISTRICT COURT HARTFORD, CT.

2889039v1

1