UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : : : | CIVIL ACTION NO. 01 CV 2373 (AWT) |
| Plaintiff, | : : | |
| v. | : : | |
| NRG POWER MARKETING INC., | : : | |
| Defendant. | : | JUNE 10, 2004 |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant NRG Power Marketing Inc. moves that David M. Adams of the law firm of Leonard, Street and Deinard located at 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, be permitted to represent the Defendant in this matter before this Court. This motion is supported by the accompanying affidavit of Mr. Adams which states that:

1.      Mr. Adams is a member of the Minnesota Bar and Nebraska Bar and has been admitted to practice before the United States District Courts for the Districts of Minnesota and Nebraska. Mr. Adams has previously been admitted to practice pro hac vice before the United States District Court for the Western District of Tennessee.

2.      Mr. Adams has fully reviewed and is familiar with the rules of the Unites States District Court for the District of Connecticut.

      3.      Mr. Adams has never been denied admission or disciplined by this or any other court.

      4.      Granting this motion should not require modification of any scheduling order or deadlines in this matter.

      DEFENDANT - NRG POWER MARKETING INC.

By: _____/s/ Matthew J. Budzik_____
    Elizabeth Stewart (ct01316)
    Matthew J. Budzik (ct19706)
    Murtha Cullina LLP
    CityPlace I, 185 Asylum Street
    Hartford, CT  06103-3499
    Telephone No. (860) 240-6000
    Fax No. (860) 240-6150
    estewart@murthalaw.com
    mbudzik@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Admission Pro Hac Vice was mailed first-class, postage prepaid, on this 10th day of June, 2004 to:

John B. Nolan, Esq..
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

William Shields, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA  02110

    /s/ Matthew J. Budzik
Matthew J. Budzik