UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | : | CIVIL ACTION NO.  3:01CV2373 (AWT) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NRG POWER MARKETING INC., | : | |
| | : | |
| Defendant. | : | JUNE 10, 2004 |

NOTICE OF MANUAL FILING

Please take notice that Defendant – NRG Power Marketing, Inc., has manually filed the following document or thing

Affidavit of David M. Adams

This document has not been filed electronically because

[ X] the document or thing cannot be converted to an electronic format
[  ] the electronic file size of the document exceeds 1.5 megabytes
[  ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

                  DEFENDANT - NRG POWER MARKETING INC.

              By      /s/ Matthew J. Budzik
                  Elizabeth J. Stewart - ct01316
                  estewart@murthalaw.com
                  Matthew J. Budzik - ct19706
                  mbudzik@murthalaw.com
                  Murtha Cullina LLP
                  CityPlace I - 185 Asylum Street
                  Hartford, Connecticut  06103-3469
                  Telephone:  (860) 240-6000
                  Facsimile:  (860)-240-6150
            Its Attorneys

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed first-class, postage prepaid, on this 10th day of June, 2004 to:

John B. Nolan, Esq.
Donald J. Marchesseault, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA  02110

    /s/ Matthew J. Budzik
Matthew J. Budzik