**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : : | CIVIL ACTION NO. |
| | : | 3:01CV02373 (AWT) |
| Plaintiff, | : : | |
| v. | : : | |
| NRG POWER MARKETING INC., | : : | |
| Defendant. | : | JUNE 11, 2004 |

**DEFENDANT NRG POWER MARKETING INC.'S**
<u>**MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM**</u>

NRG Power Marketing, Inc. ("NRG") moves for leave to file a sur-reply memorandum in opposition to Connecticut Light & Power Company's ("CL&P") Motion for Summary Judgment. As grounds for this Motion, which are set forth in more detail in the accompanying Memorandum, NRG states that it has found new evidence of CL&P's letter agreements and written and oral statements during regulatory proceedings that conflict with the arguments that CL&P made in support of its Motion for Summary Judgment.

-2-

DEFENDANT - NRG POWER MARKETING INC.

By /s/ _____
    Elizabeth Stewart (ct01316)
    Matthew J. Budzik (ct19706)
    Murtha Cullina LLP
    CityPlace I
    Hartford, CT  06103-3499
    Telephone No. (860) 240-6000
    Fax No. (860) 240-6150
    estewart@murthalaw.com
    mbudzik@murthalaw.com

    Frederick W. Morris (ct23373)
    Leonard, Street and Deinard
    Suite 2300, 150 South Fifth Street
    Minneapolis, MN  55402
    Telephone No. (612) 335-1500
    Fax No. (612) 335-1657
    Frederick.morris@leonard.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant NRG Power Marketing Inc.'s Motion for Leave to File a Sur-Reply Brief was mailed first-class, postage prepaid, on this 11th day of June, 2004 to:

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA  02110

John Nolan, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499


                          /s/
                    Elizabeth J. Stewart