FILED

2004 JUN 14 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:01CV02373 (AWT) |
| v. | : |
| NRG POWER MARKETING INC., | : |
| Defendant. | : JUNE 11, 2004 |

### DEFENDANT NRG POWER MARKETING INC.'S
### MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM

NRG Power Marketing, Inc. ("NRG") moves for leave to file a sur-reply memorandum in opposition to Connecticut Light & Power Company's ("CL&P") Motion for Summary Judgment. As grounds for this Motion, which are set forth in more detail in the accompanying Memorandum, NRG states that it has found new evidence of CL&P's letter agreements and written and oral statements during regulatory proceedings that conflict with the arguments that CL&P made in support of its Motion for Summary Judgment.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT  06/28/04

01CV2373END49

FILED
2004 JUN 28 P 1:13
U.S. DISTRICT COURT
HARTFORD, CT.