## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : : : : | CIVIL ACTION NO.<br><br>3:01CV02373 (AWT) |
| Plaintiff, | : : | |
| VS. | : : | |
| NRG POWER MARKETING INC., | : : | |
| Defendant. | : : | June 30, 2004 |

### PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM AND PLAINTIFF'S MOTION REQUEST FOR APPROVAL OF TIME TO RESPOND

Plaintiff Connecticut Light & Power Company does not oppose Defendant NRG Power Marketing, Inc.'s Motion for Leave to File a Sur-Reply Memorandum.

In light of the fact that NRG will be presenting new, but unspecified material, Plaintiff CL&P requests that the Court permit it twenty-one (21) days after NRG's filing in which to file its Response.

ORAL ARGUMENT IS NOT REQUESTED

|  |  |
|---|---|
|  | CONNECTICUT LIGHT & POWER COMPANY<br>By its attorneys,<br><br>    /s/    William Shields<br>William Shields (ct23371)<br>Jonathan I. Handler (ct23372)<br>Day, Berry & Howard LLP<br>260 Franklin Street<br>Boston, MA  02110<br>Telephone No. (617) 345-4600<br>Fax. No. (617) 345-4745<br>wshields@dbh.com<br>jihandler@dbh.com |
| Dated: June 30, 2004 |  |

## CERTIFICATE OF SERVICE

      I, William Shields, hereby certify that on this 30th day of June, 2004, I served by first class mail the foregoing document upon Elizabeth J. Stewart, Murtha Cullina, LLP, Whitney Grove Square, 4th Floor, Two Whitney Grove Avenue, New Haven, CT 06503 and upon David M. Adams and Frederick W. Morris, Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402.


                                    /s/    William Shields
                                    William Shields