# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

**CASE NUMBER:  01CV 2373 (AWT)**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: NRG Power Marketing Inc.

| | |
|---|---|
| July 12, 2004 | _(signature)_ |
| Date | Signature |
| CT26024 | David M. Adams |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (612) 335-1879 | Leonard, Street and Deinard |
| Telephone Number | Address |
| (612) 335-1657 | 150 South Fifth Street |
| Fax Number | Minneapolis, MN  55402 |

david.adams@leonard.com
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John B. Nolan, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT  06103-3499

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard, LLP
260 Franklin Street
Boston, MA  02110

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

2504925v1