UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | CIVIL ACTION NO. 3:01:CV2373 (AWT) |
| Plaintiff, | |
| v. | |
| NRG POWER MARKETING INC., | |
| Defendant. | July 30, 2004 |

### AFFIDAVIT OF DAVID M. ADAMS

I, David M. Adams, hereby state the following based upon my personal knowledge:

1. I am an associate of Leonard, Street and Deinard and am counsel for NRG Power Marketing Inc. in this matter.

2. The Exhibits attached to my Affidavit consist of documents submitted and filed in administrative proceedings and otherwise publicly available materials.

Signed under the pains and penalties of perjury this 30th day of July, 2004.

_____
David M. Adams

Subscribed and sworn to before me
this 30th day of July, 2004.

_____
Notary Public



2504922v1