## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : : : | CIVIL ACTION NO. |
| | : | 3:01CV02373 (AWT) |
| Plaintiff, | : : | |
| v. | : : | |
| NRG POWER MARKETING INC., | : : | |
| Defendant. | : | AUGUST 5, 2004 |

### DEFENDANT NRG POWER MARKETING INC.'S
### MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7(d), Defendant NRG Power Marketing, Inc. ("NRG") respectfully moves *nunc pro tunc* for permission to exceed the page limitation by three (3) pages in its Sur-Reply Brief in Opposition to Plaintiff's Motion for Summary Judgment filed on July 30, 2004. NRG requires the additional three pages in order to properly address new factual issues that have arisen since the original filing of Plaintiff's Motion for Summary Judgment.

WHEREFORE, NRG requests that this Court allow the 13 page Sur-Reply Brief filed on July 30, 2004.

**NO ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

-2-

DEFENDANT - NRG POWER MARKETING INC.


By       /s/ Matthew J. Budzik
    Elizabeth Stewart (ct01316)
    Matthew J. Budzik (ct19706)
    Murtha Cullina LLP
    CityPlace I
    Hartford, CT  06103-3499
    Telephone No. (860) 240-6000
    Fax No. (860) 240-6150
    estewart@murthalaw.com
    mbudzik@murthalaw.com


    Frederick W. Morris (ct23373)
    Leonard, Street and Deinard
    Suite 2300, 150 South Fifth Street
    Minneapolis, MN  55402
    Telephone No. (612) 335-1500
    Fax No. (612) 335-1657
    Frederick.morris@leonard.com

ORDER

The foregoing Motion having been presented to this Court, it is hereby ORDERED:

GRANTED/DENIED.

BY THE COURT

_____
JUDGE/CLERK

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant NRG Power Marketing Inc.'s Motion for Permission to Exceed Page Limitation was mailed first-class, postage prepaid, on this 5th day of August, 2004 to:

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA  02110

John Nolan, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT  06103-3499

    /s/ Matthew J. Budzik
Matthew J. Budzik