FILED

2004 AUG -5 P 3: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : | CIVIL ACTION NO. |
| | : | |
| | : | 3:01CV02373 (AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NRG POWER MARKETING INC., | : | |
| | : | |
| Defendant. | : | AUGUST 5, 2004 |

DEFENDANT NRG POWER MARKETING INC.'S
MOTION FOR PERMISSION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7(d), Defendant NRG Power Marketing, Inc. ("NRG") respectfully moves *nunc pro tunc* for permission to exceed the page limitation by three (3) pages in its Sur-Reply Brief in Opposition to Plaintiff's Motion for Summary Judgment filed on July 30, 2004. NRG requires the additional three pages in order to properly address new factual issues that have arisen since the original filing of Plaintiff's Motion for Summary Judgment.

WHEREFORE, NRG requests that this Court allow the 13 page Sur-Reply Brief filed on July 30, 2004.

NO ARGUMENT REQUESTED
NO TESTIMONY REQUIRED



GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT   08/13/04

01CV2373 END 57