# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | : : : : : : : : : : : | CIVIL ACTION NO. 3:01CV02373 (AWT) |
| Plaintiff, | | |
| VS. | | |
| NRG POWER MARKETING INC., | | |
| Defendant. | | August 24, 2004 |

## PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REBUTTAL MEMORANDUM

Plaintiff Connecticut Light & Power Company, with the assent of Defendant NRG Power Marketing Inc., moves for leave to file the accompanying PLAINTIFF'S REBUTTAL MEMORANDUM TO SUR-REPLY MEMORANDUM, which, with the Supplemental Affidavit of Robert A. Baumann, replies to new matter raised in NRG's Sur-Reply Memorandum.

                                                    CONNECTICUT LIGHT & POWER
                                                    COMPANY
                                                    By its attorneys,

                                                    /s/   William Shields
                                                    William Shields (ct23371)
                                                    Jonathan I. Handler (ct23372)
                                                    Day, Berry & Howard LLP
                                                    260 Franklin Street
                                                    Boston, MA  02110
                                                    Telephone No. (617) 345-4600
                                                    Fax. No. (617) 345-4745
                                                    wshields@dbh.com
                                                    jihandler@dbh.com

ORAL ARGUMENT IS NOT REQUESTED

2

**CERTIFICATE OF SERVICE**

      I, William Shields, hereby certify that on this 24th day of August, 2004, I served by first class mail the foregoing document upon Elizabeth J. Stewart, Murtha Cullina, LLP, Whitney Grove Square, 4th Floor, Two Whitney Grove Avenue, New Haven, CT 06503 and upon David M. Adams and Frederick W. Morris, Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402.

                                              /s/     William Shields
                                             William Shields