UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CONNECTICUT LIGHT & POWER COMPANY,

    Plaintiff,

V.

NRG POWER MARKETING INC.,

    Defendant.

2005 FEB -9 P 5: 15

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:01CV02373(AWT)

### ENDORSEMENT ORDER

Plaintiff's Assented to Motion for Leave to File Rebuttal Memorandum (Doc. No. 60) is denied without prejudice to refiling manually. Electronic filing of documents is not approved in this case.

So ordered.

Dated at Hartford, Connecticut this 9th day of February 2005.

                                    Alvin W. Thompson
                           United States District Judge