UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 11  P 1: 35

| | |
|---|---|
| CONNECTICUT LIGHT & POWER COMPANY,<br><br>Plaintiff,<br><br>VS.<br><br>NRG POWER MARKETING INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:01CV02373 (AWT)<br><br><br><br><br>August 24, 2004 |

## PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REBUTTAL MEMORANDUM

Plaintiff Connecticut Light & Power Company, with the assent of Defendant NRG Power Marketing Inc., moves for leave to file the accompanying PLAINTIFF'S REBUTTAL MEMORANDUM TO SUR-REPLY MEMORANDUM, which, with the Supplemental Affidavit of Robert A. Baumann, replies to new matter raised in NRG's Sur-Reply Memorandum.

CONNECTICUT LIGHT & POWER
COMPANY
By its attorneys,

William Shields (ct23371)
Jonathan I. Handler (ct23372)
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110
Telephone No. (617) 345-4600
Fax. No. (617) 345-4745
wshields@dbh.com
jihandler@dbh.com

ORAL ARGUMENT IS NOT REQUESTED

## CERTIFICATE OF SERVICE

I, William Shields, hereby certify that on this 24th day of August, 2004, I served by first class mail the foregoing document upon Elizabeth J. Stewart, Murtha Cullina, LLP, Whitney Grove Square, 4th Floor, Two Whitney Grove Avenue, New Haven, CT 06503 and upon David M. Adams and Frederick W. Morris, Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402.

William Shields