UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 11 P 1: 35
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CONNECTICUT LIGHT & POWER COMPANY, | CIVIL ACTION NO. |
| Plaintiff, | 3:01CV02373 (AWT) |
| VS. | |
| NRG POWER MARKETING INC., | |
| Defendant. | August 24, 2004 |

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REBUTTAL MEMORANDUM

Plaintiff Connecticut Light & Power Company, with the assent of Defendant NRG Power Marketing Inc., moves for leave to file the accompanying PLAINTIFF'S REBUTTAL MEMORANDUM TO SUR-REPLY MEMORANDUM, which, with the Supplemental Affidavit of Robert A. Baumann, replies to new matter raised in NRG's Sur-Reply Memorandum.

FILED
2005 FEB 17 P 12:
U.S. DISTRICT COURT
HARTFORD, CT.

GRANTED, absent objection.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/17/05

01cv2373eND72

CONNECTICUT LIGHT & POWER COMPANY
By its attorneys,

_____
William Shields (ct23371)
Jonathan I. Handler (ct23372)
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA  02110
Telephone No. (617) 345-4600
Fax. No. (617) 345-4745
wshields@dbh.com
jihandler@dbh.com

ORAL ARGUMENT IS NOT REQUESTED