UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
CONNECTICUT LIGHT & POWER     :
COMPANY,                      :
                              :
       Plaintiff,             :
                              :
V.                            :   CASE NO. 3:01CV02373(AWT)
                              :
NRG POWER MARKETING INC.,     :
                              :
       Defendant.             :
------------------------------x
```

### ORDER

Connecticut Light & Power Company ("CL&P") mailed a letter to the chambers of the undersigned attaching and directing the court's attention to the Memorandum of Decision of Judge Kravitz in <u>Constellation Power Source, Inc. v. Select Energy, Inc.</u>, 3:04CV00983 (MRK), dated November 14, 2006. However, CL&P did not file a supplemental memorandum of law, which would have been the appropriate procedure.

In response, defendant NRG Power Marketing, Inc. has attempted to file a document titled Reply of NRG Power Marketing, Inc. to Letter Brief of CL&P Dated November 20, 2006 (the "Reply"). The Clerk shall docket the Reply even though a supplemental memorandum was never filed by CL&P.

It is so ordered.

Dated this 11th day of December 2006 at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge