UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | : | CIVIL ACTION NO. 3:01CV2373 (AWT) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NRG POWER MARKETING INC., | : | |
| | : | |
| Defendant. | : | JANUARY 2, 2007 |

WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws his appearance on behalf of Defendant NRG Power Marketing, Inc. Elizabeth J. Stewart of the firm of Murtha Cullina LLP, Two Whitney Avenue, New Haven, Connecticut 06510 continues to have an appearance on behalf of the Defendant.

By _____
Matthew J. Budzik – ct 19706
77 Palmer Martin Road
East Haddam, CT 06423

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal was mailed first-class, postage prepaid, on this 4th day of January, 2007 to:

William Shields, Esq.
Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

John Nolan, Esq.
Day Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499

Elizabeth J. Stewart