UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | : | CIVIL ACTION NO.  3:01CV2373 (AWT) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NRG POWER MARKETING INC., | : | |
| | : | |
| Defendant. | : | MARCH 12, 2007 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the defendant, NRG Power Marketing, Inc., in the above captioned action.

                    NRG POWER MARKETING, INC.


                    By:   /s/ Aimee L. Hoben
                        Aimee L. Hoben – ct23576
                        ahoben@murthalaw.com

                    Murtha Cullina LLP
                    CityPlace I - 185 Asylum Street
                    Hartford, Connecticut  06103-3469
                    Telephone:  (860) 240-6000
                    Facsimile:  (860) 240-6150

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, first-class, postage prepaid, on this 12th day of March, 2007, to:

William Shields, Esq.
Jonathan I. Handler, Esq.
Day Pitney LLP
260 Franklin Street
Boston, MA  02110

John Nolan, Esq.
Day Pitney LLP
CityPlace I
Hartford, CT  06103-3499


      :  /s/ Aimee L. Hoben
      Aimee L. Hoben – ct23576