UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CONNECTICUT LIGHT AND POWER COMPANY, | : : : | CIVIL ACTION NO. 3:01CV2373 (AWT) |
| Plaintiff, | : : | |
| v. | : : | |
| NRG POWER MARKETING INC., | : : | |
| Defendant. | : | MAY 25, 2007 |

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR
LEAVE TO AMEND ITS AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Defendant NRG Power Marketing Inc. ("NRG") should be permitted to amend its Affirmative Defenses and Counterclaim. Because of actions taken by plaintiff Connecticut Light & Power Company ("CL&P") after NRG filed its Answer, Amended Affirmative Defenses and Amended Counterclaim, NRG seeks leave to amend its affirmative defense of payment and NRG's counterclaims for breach of contract, breach of the covenant of good faith and fair dealing and unjust enrichment, to change the amounts deducted by CL&P from NRG's billings to reflect amounts CL&P continued to deduct after NRG's last pleading.

## FACTS

CL&P sued NRG on November 28, 2001, alleging that NRG breached a Standard Offer Service Wholesale Sales Agreement (the "Agreement") the parties signed in October 1999. Under the Agreement, NRG delivered wholesale electricity to CL&P, which then delivered the electricity to individual customers. NRG invoiced CL&P every month for the wholesale electricity delivered under the Agreement. In its Complaint, CL&P alleges that NRG breached the Agreement by not paying CL&P for certain "congestion charges" that CL&P claims are due it under the Agreement. NRG answered CL&P's Complaint on February 1, 2002, denying CL&P's claims and asserting Affirmative Defenses and a Counterclaim.

After suit was filed, NRG continued to deliver wholesale electricity to CL&P under the Agreement. NRG invoiced CL&P approximately $32 million on July 8, 2002 for wholesale electricity delivered during June of 2002. On August 5, 2002, after CL&P had initiated this lawsuit and after NRG had responded to CL&P's Complaint, CL&P withheld nearly $20 million due under the July 8, 2002 Invoice. CL&P informed NRG that it refused to pay this amount because CL&P contended that NRG owed CL&P nearly $20 million in congestion charges -- the same congestion charges CL&P seeks payment for as part of this lawsuit. NRG

denied that it owed any congestion charges and demanded that CL&P pay the full amount owed under the Invoice.

Based on CL&P's actions with respect to that July 8, 2002 Invoice, NRG sought leave to amend its response to the Complaint by adding as an affirmative defense of payment and three additional counts to NRG's counterclaim. CL&P did not object to the earlier amendment and made reference to it in its Motion for Summary Judgment. On February 21, 2003, the Court granted leave to amend, but CL&P never pleaded in response to the amended pleading.

CL&P continued to make deductions to NRG's monthly bills after NRG's earlier amendment. This Second Amendment is intended to bring the pleadings in conformity with the actual facts by pleading the full dollar amount deducted.

## ARGUMENT

Leave to amend a pleading shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). A district court should permit amendment absent futility, undue delay, bad faith, dilatory motive, or undue prejudice. See Foman v. Davis, 371 U.S. 178, 182 (1962); Masotto v. United States, 2000 U.S. App. LEXIS 298 (2d Cir. Jan. 5, 2000). Granting NRG's Motion for Leave to Amend will not delay this case or prejudice CL&P because the merits of CL&P's Motion for Summary Judgment, which has been pending since February 28, 2003, will not be

affected by the proposed amendment. Trial has not been scheduled. NRG's amended claims involve the same fundamental issues that are already part of this case: interpreting the Agreement's terms and determining which party is responsible for congestion charges.

CONCLUSION

For all of the foregoing reasons, NRG Power Marketing Inc. respectfully moves that this Court grant its Motion for Leave to File an Answer, Second Amended Affirmative Defenses and Second Amended Counterclaim.

DEFENDANT - NRG POWER MARKETING INC.

By _____
Elizabeth J. Stewart – ct01316
estewart@murthalaw.com
Aimee L. Hoben – ct23576
ahoben@murthalaw.com
Murtha Cullina LLP
Two Whitney Avenue, P.O. Box 704
New Haven, Connecticut 06503-0704
Telephone: (203) 772-7700
Facsimile: (203)-772-7723
Its Attorneys

OF COUNSEL:
Frederick W. Morris – ct23373
frederick.morris@leonard.com
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

-5-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Support of Defendant's Motion for Leave to Amend its Affirmative Defenses and Counterclaim was mailed first-class, postage prepaid, on this 25th day of May, 2007 to:

John B. Nolan, Esq.
Day Pitney LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3499

William Shields, Esq.
Day Pitney LLP
One International Place
Boston, MA  02110

_____
Elizabeth J. Stewart