## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CONNECTICUT LIGHT & POWER COMPANY,<br><br>      Plaintiff,<br><br>VS.<br><br>NRG POWER MARKETING INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>01 CV 2373 (AWT)<br><br><br><br><br>June 13, 2007 |

## RESPONSE OF PLAINTIFF THE CONNECTICUT
## LIGHT & POWER COMPANY TO DEFENDANT'S MOTION
## FOR LEAVE TO AMEND

The Connecticut Light and Power Company ("CL&P") does not oppose Defendant's Motion for Leave to Amend Fourth Affirmative Defense and Counterclaim, but concurs in and emphasizes Defendant's statement on page 3 of its supporting memorandum that granting the instant motion will not affect the merits of CL&P's pending Motion for Summary Judgment.

          By its attorneys

          /s/   William Shields
          William Shields  (ct23371)
          Jonathan I. Handler (ct19706)
          DAY PITNEY LLP
          One International Place
          Boston, Massachusetts 02110
          Telephone No. (617) 345-4600

Dated: June 13, 2007
          Fax No. (617) 345-4745
          wshields@daypitney.com
          jihandler@daypitney.com

-2-

## CERTIFICATE OF SERVICE

      I, William Shields, do hereby certify that on this 13th day of June, 2007 I served the foregoing *Response of Plaintiff Connecticut Light & Power Company to Defendant's Motion for Leave to Amend* by overnight mail upon Elizabeth J. Stewart, Esq., Murtha Cullina LLP, Whitney Grove Square, 4th Floor, 2 Whitney Grove Avenue, New Haven, CT 06503 and by overnight mail upon Frederick W. Morris, Esq. Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402.

                                    /s/ William Shields
                                    William Shields