```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


CONNECTICUT LIGHT & POWER        :
COMPANY
                                 :
     v.                                    CASE NO. 3:01CV2373 (AWT)
                                 :
NRG POWER MARKETING, INC.
```

JUDGMENT

This action having come on for consideration of the plaintiff's motion for summary judgment before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of Connecticut Light & Power Company on Counts I and II of the complaint, and Counts I, II, III, and IV of NRG's counterclaim.  NRG Power Marketing Inc. is obligated to pay for congestion charges imposed under the NEPOOL Transmission Tariff during the Term of the Standard Offer Service Wholesale Sales Agreement between the Connecticut Light and Power Company and NRG Power Marketing Inc. dated as of October 29, 1999.

Dated at Hartford, Connecticut, this 25th day of July, 2007.

KEVIN F. ROWE, Clerk


By    /s/ SLS
     Sandra Smith
     Deputy Clerk